E. BRYAN WILSON
Acting United States Attorney

JAMES KLUGMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: james.klugman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TREYVON LOREZNO CURTIS,<br><br>　　　　Defendant. | ))))))))))))))))))) | No. 3:21-cr-00036-TMB-DMS<br><br>COUNT 1:<br>DISTRIBUTION OF HEROIN<br>　Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(C)<br><br>COUNT 2:<br>POSSESSION OF HEROIN WITH INTENT TO DISTRIBUTE<br>　Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(B)<br><br>CRIMINAL FORFEITURE ALLEGATION:<br>　21 U.S.C. § 853(a)(1) and (2) and 28 U.S.C. § 2461(c) |

I N D I C T M E N T

　　The Grand Jury charges that:

//

## COUNT 1

On or about February 24, 2021, within the District of Alaska, the defendant, TREYVON LOREZNO CURTIS, knowingly and intentionally distributed a controlled substance, to wit: heroin.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 2

On or about February 24, 2021, within the District of Alaska, the defendant, TREYVON LOREZNO CURTIS, knowingly and intentionally possessed a controlled substance with intent to distribute, to wit: a mixture and substance containing 100 grams or more of a detectible amount of heroin.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B).

## CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Counts 1-2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2) and 28 U.S.C. § 2461(c).

Upon conviction for the offenses in violation of 21 U.S.C. § 841 set forth in Counts 1-2 of this Indictment, the defendant, TREYVON LOREZNO CURTIS, shall forfeit to the United States any property constituting or derived from, and any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses, including but not limited to: approximately $80,668 in U.S. currency.

//

All pursuant to 21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

<u>s/ Grand Jury Foreperson</u>
GRAND JURY FOREPERSON

<u>s/ James Klugman</u>
JAMES KLUGMAN
Assistant U.S. Attorney
United States of America

<u>s/ E. Bryan Wilson</u>
E. BRYAN WILSON
Acting United States Attorney
United States of America

DATE: <u>March 16, 2021</u>